■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MITCHELL BENJAMIN, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (DeMakos, J.), rendered May 10, 1983.

Ordered that the judgment is affirmed *(see, People v Pellegrino,* 60 NY2d 636; *see also, People v Nasti,* 90 AD2d 507; *People v Ebron,* 87 AD2d 653). Mangano, J. P., Niehoff, Kooper and Spatt, JJ., concur.